**619** SCHOBER vs. PROBATE JUDGE (Wayne), 49 M., 323.

To require respondent to entertain relator's petition for the allowance of the will of one Grabo, under which relator had interests.

Granted October 18, 1882.

The will had been allowed by the King's Court of Wittenberg and petitioner asked that an authenticated copy be allowed.by respondent, under Comp. L., 4342-3. Respondent claimed that the case was not within these provisions and that he had no jurisdiction, but held, that relator should first proceed under Act 101 of 1881.